# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY HURTADO, <br><br> Petitioner, <br><br> v. <br><br> M.E. SPEARMAN, <br><br> Respondent. | Case No.: 1:19-cv-01159-DAD-JLT (HC) <br><br> ORDER DENYING PETITIONER'S MOTION TO ADMIT EXHIBITS AND FILE SUPPLEMENTAL BRIEFING <br><br> (Doc. 17) |

On August 27, 2019, Petitioner filed the instant petition for writ of habeas corpus in this Court. (Doc. 1.) Petitioner filed a first amended petition on October 28, 2019. (Doc. 7.) Respondent filed a motion to dismiss on January 6, 2020. (Doc. 13.) On January 23, 2020, Petitioner filed an opposition to the motion to dismiss. (Doc. 15.) Subsequently, on February 3, 2020, Petitioner filed a motion to admit exhibits and file supplemental briefing. (Doc. 17.) However, because Petitioner has already set forth his argument in his opposition, Petitioner's motion to admit exhibits and file supplemental briefing is DENIED.

IT IS SO ORDERED.

Dated: __February 12, 2020__    _/s/ Jennifer L. Thurston_
UNITED STATES MAGISTRATE JUDGE